Matter of Maria T. v Center for Elder Law & Justice (2023 NY Slip Op 00605)

Matter of Maria T. v Center for Elder Law & Justice

2023 NY Slip Op 00605

Decided on February 3, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 3, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., PERADOTTO, BANNISTER, MONTOUR, AND OGDEN, JJ.

1037 CA 22-00805

[*1]IN THE MATTER OF MARIA T., AN INCAPACITATED PERSON, PETITIONER-APPELLANT,
v
CENTER FOR ELDER LAW AND JUSTICE AND HELLEN FERRARO-ZAFFRAM, RESPONDENTS-RESPONDENTS. 

RUPP BAASE PFALZGRAF CUNNINGHAM LLC, BUFFALO (SAMUEL L. YELLEN OF COUNSEL), FOR PETITIONER-APPELLANT. 
LAW OFFICE OF DAVID TENNANT PLLC, ROCHESTER (DAVID H. TENNANT OF COUNSEL), FOR RESPONDENTS-RESPONDENTS. 

 Appeal from an order of the Supreme Court, Erie County (Paula L. Feroleto, J.), entered May 11, 2022 in a proceeding pursuant to Mental Hygiene Law article 81. The order denied the petition. 
It is hereby ORDERED that said appeal is unanimously dismissed without costs (see CPLR 5511; Rechberger v Scolaro, Shulman, Cohen, Fetter & Burstein, P.C., 45 AD3d 1453, 1453 [4th Dept 2007]).
Entered: February 3, 2023
Ann Dillon Flynn
Clerk of the Court